Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff<br><br>　　　　v.<br><br>ANTONIO D. SASSO,<br><br>　　　　　　　　Defendant. | No. 2:23-cr-05175-RAJ<br><br>ORDER TO SHOW CAUSE |

　　　On August 16, 2024, Antonio D. SASSO failed to appear for his scheduled DREAM status hearing. (Dkt. 114.)

　　　On September 20, 2024, Antonio D. SASSO failed to appear for his scheduled DREAM status hearing. (Dkt. 115.)

　　　When SASSO entered DREAM, he acknowledged in his DREAM Contract that, "at a minimum, you will be required to appear before the DREAM Judicial Officer at least once a month to evaluate your progress." (Dkt. 65 at 4.) This Contract further provides that, "Cause for involuntary termination from the DREAM program includes, but is not limited to, the commission of new law violations, repeated drug use, chronic pattern of refusal to cooperate with a treatment or other program provider, repeated

ORDER TO SHOW CAUSE - 1
*United States v. Sasso* / 2:23-cr-05175-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

refusals to cooperate with the DREAM program's imposed sanctions or to participate in the DREAM program in a meaningful manner." (*Id.* at 9.)

IT IS HEREBY ORDERED that SASSO appear at a hearing scheduled for **October 1, 2024 at 10:00 a.m.,** in Courtroom 13106, and that he SHOW CAUSE as to why he should not be terminated from DREAM.

Should SASSO fail to appear again, he will be terminated from DREAM.

DATED this 23rd day of September, 2024.

_____
The Honorable Richard A. Jones
United States District Judge

PRESENTED BY:

*s/ Amy Jaquette*
AMY JAQUETTE
Assistant United States Attorney

ORDER TO SHOW CAUSE - 2
*United States v. Sasso* / 2:23-cr-05175-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970