Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR23-5175-RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO SEAL EXHIBIT |
| ANTONIO D. SASSO, | |
| Defendant. | |

THE COURT has considered Antonio Sasso's Motion to Seal Exhibit 2 filed in support of his motion to quash bench warrant and issue summons or notice to appear.

Having considered the Motion to Seal, and because of the nature of the information contained in the referenced exhibit, the Court finds good cause to GRANT the Motion (Dkt. 146).

It is hereby ORDERED that Exhibit 2 to Defendant's motion to quash bench warrant and issue summons or notice to appear shall remain sealed.

DATED this 24th day of June, 2025.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER TO SEAL EXHIBIT
(*United States v. Sasso*, 3:23-cr-05175-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100