Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br> v.<br><br>ANTONIO SASSO,<br><br>      Defendant. | NO. 2:23-cr-05175-RAJ<br><br>ORDER DENYING MOTION<br>TO QUASH BENCH WARRANT |

  THIS MATTER comes before the Court upon Defendant Antonio Sasso's Motion to Quash Bench Warrant and Issue Summons or Notice to Appear (Dkt. 147). Having considered the motion, the United States' response in opposition, and the files and pleadings herein,

  IT IS ORDERED that Defendant's Motion to Quash Bench Warrant and Issue Summons or Notice to Appear is **DENIED**.

  DATED this 27th day of June, 2025.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1