The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTONIO D SASSO,<br><br>Defendant. | NO. 3:23-cr-05175-RAJ<br><br>ORDER GRANTING MOTION<br>TO SEAL DOCUMENT |

THIS MATTER comes before the Court upon the Government's Motion to Seal the Portland Police Report from July 2, 2025, which is Exhibit 1 to the Government's Memorandum Regarding Supervised Release. Having considered the Motion to Seal, and because of the nature of the information contained in the referenced exhibit, the Court finds good cause to GRANT the Motion (Dkt. 161).

It is hereby ORDERED that Exhibit 1 to the Government's Memorandum Regarding Supervised Release shall remain sealed.

DATED this 15th day of August, 2025.

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL – 1